**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 99-7231**

———

DYSHUM MICHAEL JONES,

                                   Plaintiff - Appellant,

        versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS;
PERRY CORRECTIONAL INSTITUTION; MICHAEL MOORE,
Commissioner of South Carolina Department of
Corrections; PHOEBE B. JOHNSON, Warden of
Perry Correctional Institution; STEPHAIN B.
CLAYTOR, Deputy Warden; DEBBIE CLINKSCALE,
Lieutenant; WILLIE BROWN, Sergeant; MAYNARD
BLAND, Doctor; FREDNA CROCKER, Nurse,

                                   Defendants - Appellees.

———

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Charles E. Simons, Jr., Senior Dis-
trict Judge.  (CA-98-3395-2)

———

Submitted:  January 13, 2000        Decided:  January 19, 2000

———

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Dyshum Michael Jones, Appellant Pro Se.  Steven Michael Pruitt,
BURNS, MCDONALD, BRADFORD, PATRICK & TINSLEY, Greenwood, South
Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dyshum Michael Jones appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Jones v. South Carolina Dep't of Corrections, No. CA-98-3395-2 (D.S.C. Aug. 27, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED